

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00210-CR

**JOSHUA TERRELL,**

                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                            **Appellee**

### From the 52nd District Court
### Coryell County, Texas
### Trial Court No. 12-21164

## MEMORANDUM OPINION

Joshua Terrell entered a plea of guilty to the offense of aggravated sexual assault of a child. The trial court deferred adjudication of guilt and placed Terrell on community supervision for 10 years and assessed a $5,000 fine. On February 22, 2018, the State filed a Motion to Adjudicate Guilt and Revoke Community Supervision. Terrell entered a plea of true to three of the allegations in the State's Motion to Adjudicate. The trial court found

the allegations to be true, convicted Terrell of the offense of aggravated assault of a child, and assessed punishment at 15 years confinement.  We affirm.

Terrell's appointed counsel filed an *Anders* brief asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous.  *See Anders v. California*, 386 U.S. 738 (1967).  Counsel informed Terrell of his right to submit a brief on his own behalf.  Terrell did not file a brief.  Counsel's brief evidences a professional evaluation of the record for error, and we conclude that counsel performed the duties required of appointed counsel.  *See Anders v. California*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); s*ee also In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous."  *See Anders v. California*, 386 U.S. at; accord *Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991).  An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact."  *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10 (1988).  After a review of the entire record in this appeal, we determine the appeal to be wholly frivolous.  *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).  Accordingly, we affirm the trial court's judgment.

Counsel's request that he be allowed to withdraw from representation of Terrell is granted.  Additionally, counsel must send Terrell a copy of our decision, notify Terrell of his right to file a pro se petition for discretionary review, and send this Court a letter

certifying counsel's compliance with Texas Rule of Appellate Procedure 48.4.

TEX.R.APP.P. 48.4; *see also In re Schulman*, 252 S.W.3d at 409 n.22.


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Affirmed; motion granted
Opinion delivered and filed December 5, 2018
Do not publish
[CR25]

